COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Esteban Blanco

Appellate case number:   01-12-00762-CV

Trial court case number: 1204524

Trial court:             247th District Court of Harris County


Relator filed a motion to reconsider his request for temporary relief and a motion to reconsider his petition for writ of mandamus. Relator's motions are **denied**.


It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
    ☐ Acting individually    ☑ Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle.


Date: October 30, 2012